# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Delores Dupree,

    Plaintiff

v.

Caesars Entertainment,

    Defendant

Case No.: 2:16-cv-03013-JAD-PAL

**Order Adopting
Report & Recommendation and
Dismissing Case**

[ECF No. 8]

    Pro se plaintiff Delores Dupree brings this employment-discrimination action against her former employer Caesars Entertainment. Having screened the complaint, the magistrate judge concluded that Dupree has not pled facts to show that she exhausted her administrative remedies before filing this suit and that her amended complaint does not state a claim for relief. She thus recommends that I dismiss Dupree's complaint without prejudice.[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed,"[2] and Dupree has filed none by the objection deadline. Accordingly,

    IT IS HEREBY ORDERED THAT:

- The Report and Recommendation **[ECF No. 8] is ADOPTED** in full;
- This case is DISMISSED without prejudice; and
- The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

    Dated: February 14, 2019

                                                       U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 8.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).